# EXHIBIT B

LAW OFFICES

**McCABE, WEISBERG & CONWAY, LLC**

SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
**FAX** (215) 790-1274

July 26, 2022

| | |
|---|---|
| Kenneth E. West | Saahidaa Mayfield |
| Office of the Chapter 13 Standing Trustee | 249 Le Carra Drive |
| 1234 Market Street - Suite 1813 | Lansdowne, Pennsylvania 19050 |
| Philadelphia, Pennsylvania 19107 | Via United States Mail |
| Via United States Mail | |

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, Pennsylvania 19107
Via United States Mail

Re:   PennyMac Loan Services, LLC or its Successor or Assignee vs. Saahidaa Mayfield
      Chapter 13/Bankruptcy No. 18-15140-elf

Dear Parties:

We have been advised by our client that payment in accordance with the terms of the Stipulation approved by the Bankruptcy Court have not been made.

In order to cure the default, it will be necessary for your client to pay $2,299.60 (three (3) mortgage payments in the amount of $1,096.20 each due for May, 2022 through July, 2022, less suspense balance of $1,089.00 plus Notice of Default fee of $100.00) to become current under the Stipulation through, as well as all subsequent payments and late charges that fall due until the date of cure.

You are hereby notified that you have ten (10) days from the date of this letter in which to cure the default set forth above and to pay any subsequent payments that become due in the interim. At the expiration of the 10-day period, if the default has not been cured, I will file a Certification of Default with the Court in order to obtain an Order for relief from the Automatic Stay.

**McCabe, Weisberg & Conway is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

Very truly yours,

MARGARET GAIRO, ESQUIRE
MARISA M. COHEN, ESQUIRE
ANDREW M. LUBIN, ESQUIRE
McCABE, WEISBERG & CONWAY, LLC
MMC/lt